2001 OK JUD 1

**STATE of Oklahoma, ex rel., W.A. Drew EDMONDSON, Attorney General of Oklahoma, Petitioner,**

v.

**Gregory K. FRIZZELL, District Judge, Tulsa County, Oklahoma, Respondent.**

**No. CJAD–2000–2.**

Court on the Judiciary of Oklahoma, Appellate Division.

Nov. 27, 2001.

**ORDER**

HAL WM. ELLIS, Vice Presiding Judge.

¶ 1 Respondent seeks attorney fees and costs relating to his defense of an unsuccessful action before the Court on the Judiciary, under the authority of *City Nat'l Bank and Trust Co. of Oklahoma City v. Owens,* 565 P.2d 4 (Okla.1977), citing patently insufficient allegations contained in the Attorney General's petition.

¶ 2 *Owens* provides that a court has inherent equitable authority to award limited attorney fees against a party who has caused the wasted expenditures where that party has acted "in bad faith, vexatiously, wantonly, or for oppressive reason[.]"

¶ 3 The Application for Attorney Fees and Costs is denied. The record does not establish that the action against Respondent was brought in bad faith or was vexatious, wanton or oppressive.

¶ 4 ELLIS, V.P.J., BOUDREAU, J., LUMPKIN, J., THOMPSON, J., and WINCHESTER, J., concur.

¶ 5 WINSLOW, J., disqualified.

¶ 6 LANNING, J., LINDLEY, J., not participating.

McBEE, J., concurring in result (by separate opinion).

¶ 1 The application for fines and costs was filed more than nine months after the filing of this court's decision, *Frizzell v. Court on Judiciary, Trial Division,* 2000 OK JUD 2, 8 P.3d 951.

¶ 2 Neither fundamental law or Court rule requires consideration of the application. Okla. Const. Art. VII–A; Rules 3, 6, and 7, Rules of the Court on the Judiciary, Appellate Division Rules of Procedure, eff. Nov. 1979. A post decision motion filing delay of more than thirty days is unreasonable. Consequently, I would dismiss the application.